JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JACOBY DESHON HILDREDTH,<br><br>Petitioner,<br><br>v.<br><br>W. S. PLILER, Warden,<br><br>Respondent. | Case No. 5:20-cv-01667-DOC-JDE<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATED: September 24, 2020

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge